UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHELILA FITZHUGH,<br><br>    Plaintiff,<br><br>vs.<br><br>SUTRA LOUNGE, LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-991-RWS |

## **DEFAULT JUDGMENT**

  The defendant Sutra Lounge, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Richard W. Story, United States District Judge, by order of June 27, 2016, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

  ORDERED AND ADJUDGED, that the plaintiff Shelia Fitzhugh, recover from the defendant Sutra Lounge, LLC, the amount of $35,053.25.

  Dated at Atlanta, Georgia this 27th day of June, 2016.

                JAMES N. HATTEN
                CLERK OF COURT


           By: <u>s/ Harry F. Martin</u>
              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 June 27, 2016
James N. Hatten
Clerk of Court


By: <u>s/ Harry F. Martin</u>
   Deputy Clerk