# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SHELIA FITZHUGH.

              Plaintiff,

vs.

SUTRA LOUNGE, LLC
              Defendant.

CIVIL ACTION FILE

1:15-cv-991-RWS

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, and default judgment having been entered against Defendant and for Plaintiff, it is

**Ordered and adjudged** that Plaintiff recover from Defendant, $5,687.50, as reasonable attorney fees and $590.00 in costs.

Dated at Atlanta, Georgia, this 27th day of June, 2016.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Harry F. Martin
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 27, 2016
James N. Hatten
Clerk of Court

By:  s/  Harry F. Martin
      Deputy Clerk